E-FILED
Monday, 17 December, 2007 03:46:39 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| JEANIE M PELNARSH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-1302 |
| | ) | |
| v. | ) | |
| | ) | |
| R.R. DONNELLY, et al, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court is Plaintiff's Motion for Leave to Proceed in forma pauperis [Doc. 2] and a Complaint under 42 U.S.C. § 2000. [Doc. 1.] In her motion, Plaintiff indicates that she is currently unemployed and has no current income. She also represents that she has only $165.00 in savings and has no real estate, stocks bonds, securities, or any other things of value. Accordingly, this Court finds that Plaintiff is unable to pay the applicable filing fee.

IT IS THEREFORE ORDERED that Plaintiff's Applications to Proceed Without Prepayment of Fees [Docs. 2] is GRANTED.

IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the Complaint, Summons, and this Order upon Defendant as directed by the Plaintiff. All costs of service shall be advanced by the United States.

ENTERED this  17th  day of December, 2007.

                                           s/ Joe Billy McDade
                                           Joe Billy McDade
                                   United States District Judge