AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Jeanie M. Pelnarsh

V.

R.R. Donnelly, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)

R.R. Donnelly
1600 N. Main St.
Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ Jmw                                          12/18/07
CLERK                                           DATE

s/ TK
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of ____ILLINOIS____

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)
Norm Abels
1600 N. Main St.
Pontaic, IL  61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____s/ JmW_____          _____12/18/07_____
CLERK                            DATE

_____s/ TK_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL    District of    ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)

Tim Lewis
1600 N. Main St.
Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

S/ Jmw                                     12/18/07
CLERK                                      DATE

S/ TK
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)

Mark Ragel
1600 N. Main St.
Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_s/ JmW_  _12/18/07_
CLERK               DATE

_s/ TK_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

central                  District of                ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)

Stan Lorrence
1600 N. Main St.
Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ Jmw                                          12/18/07
CLERK                                           DATE

s/ TK
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER:  07-1302

TO: (Name and address of Defendant)
Ed Gullo
1600 N. Main St.
Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COU[RT]
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61[602]

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

___s/ JmW___    ___12/18/07___
CLERK    DATE

___s/ TK___
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)
Chad Rosenwinkel
1600 N. Main St.
Pontiac, IL  61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COU[RT]
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61[602]

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_s/ Jmw_  
CLERK

_12/18/07_  
DATE

_s/ TK_  
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## UNITED STATES DISTRICT COURT

CENTRAL  District of  ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)
Scott Harbison
1600 N. Main St.
Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ JmW                                   12/18/07
CLERK                                     DATE

s/ TK
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL    District of    ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)
Joseph Carlberg
1600 N. Main St.
Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_S/Jmw_    _12/18/07_
CLERK              DATE

_S/TK_
(By) DEPUTY CLERK