United States District Court
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

E-FILED
Wednesday, 02 January, 2008 02:36:20 PM
Clerk, U.S. District Court, ILCD

JAN 2 2008
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jeanie Pelnarsh )
Plaintiff(s) )
)
vs. ) Case Number: 07-1302
)
R.R. Donnelley )
Defendant(s) )

### MOTION FOR APPOINTMENT OF COUNSEL

I, Jeanie Pelnarsh, declare that I am the (check appropriate box):
[✓] Plaintiff [ ] Defendant    In the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

In further support of my motion, I declare that (check appropriate box):

[✓] I am not currently, nor previously have been represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

[ ] I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

In further support of my motion, I declare that (Check appropriate box)

[ ] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

[✓] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is true and correct representation of my financial status.

[ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

I declare under penalty or perjury that the foregoing is true and correct

Date: 12/4/07

Jeanie M Pelnarsh
Movant's Signature

1105 6th Street
Street Address

Mendota, IL 61342
City/State/Zip

815-210-1905