E-FILED
Friday, 11 January, 2008  10:27:16 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **PAMELA E. ROBINSON**<br>**CLERK OF COURT** | **OFFICE OF THE CLERK**<br>151 U.S. COURTHOUSE<br>600 EAST MONROE STREET<br>SPRINGFIELD, ILLINOIS 62701 | **TEL: 217-492-4020**<br>**FAX: 217-492-4028** |

January 11, 2008

Jeanie M. Pelnarsh
1105 Sixth Street
Mendota, Illinois  61342

RE: 07-1302, Pelnarsh v. R. R. Donnelley, et al.

Dear Ms. Pelnarsh:

Enclosed please find the original ECF Registration Form for a Pro Se party submitted to the court.  Also enclosed is a page from the Administrative Procedures for Filing, Signing, and Verifying Pleadings and Papers by Electronic Means in CIVIL cases which states: The Court may, in its discretion, grant leave to participate electronically to pro se filers upon written motion.  Upon obtaining leave of the Court, the pro se filer must complete Registration Form B and thereafter file electronically, pursuant to the Rules and Procedures of this Court.

If you wish to file electronically, you must file a written motion in your case.

Very truly yours,

PAMELA E. ROBINSON, Clerk

s/ C. Cathcart

C. Cathcart, Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# ECF REGISTRATION FORM - PRO SE

To register for an account on this Court's Electronic Case Filing System (ECF), please complete the following information:

[PLEASE TYPE]

First Name: Jeanie    Middle Name: Marie
Last Name: Pelnarsh
Address: 1105 6th Street
City: Mendota    State: IL    Zip Code: 61342
Telephone Number: 815-210-1905    Primary e-mail address: Pels72@yahoo.com
(Pro se party individual e-mail for purposes of receipt and confirmation of password information)

Fax Number: _____    Secondary e-mail address: _____
(For purposes of ongoing notices of filing, e.g. central repository, secretary)

The undersigned agrees to abide by all Court rules, orders, and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b)(2)(D) and Fed. R. Crim. P. 49(b) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the pro se party filing the documents. Pro se parties must protect the security of their passwords and immediately notify the Court if they learn that their password has been compromised. The undersigned acknowledges that misuse of the password or violations of the Administrative Procedures for controlling electronic filing may subject the undersigned to sanctions pursuant to Fed. R. Civ. P. 11. Visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.

Signature: Jeanie M Pelnarsh    Date: 10-22-07

Submit completed Registration Form to:
John M. Waters, Clerk
United States District Court
Attention: Electronic Filing System Registration
600 E. Monroe St
Room 151
Springfield, IL 62701
(217) 492-4020

Login name sent via e-mail. Password will be sent via separate e-mail after confirmation of receipt of login name. Contact any of our divisional offices with questions concerning registration or ECF.

COURT USE ONLY:
E - Filing Login Assigned: _____
E - Filing Password Assigned: _____

☐ Pro se Party e-mail record updated    ☐ Password e-mailed to pro se party
☐ Confirmation e-mail with login sent    ☐ Copy of form mailed to pro se party

IV. **CONVENTIONAL FILING OF DOCUMENTS.** The following procedures govern documents filed conventionally. The Court, upon application, may also authorize conventional filing of other documents otherwise subject to these electronic filing procedures.

    A. **PRO SE FILERS.**

        1. Pro se filers shall file paper originals of all complaints, pleadings, motions, affidavits, briefs, and other documents which must be signed or which require either verification or an unsworn declaration under any rule or statute. The Clerk's Office will scan these original documents into an electronic file in the System, but will also maintain a paper file. The official court record will be the electronic file.

        2. The Court may, in its discretion, grant leave to participate electronically to pro se filers upon written motion. Upon obtaining leave of the Court, the pro se filer must complete Registration Form B and may thereafter file electronically, pursuant to the Rules and Procedures of this Court.

        3. Documents filed in civil cases brought by pro se prisoners need not be redacted unless so ordered by the presiding Judge.

    B. **SOCIAL SECURITY CASES.** Absent a showing of good cause, all documents, notices, and orders in social security reviews filed in the District Court after the System is implemented shall be filed

32