E-FILED
Thursday, 17 January, 2008  04:03:01 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
## CENTRAL District of ILLINOIS

### APPEARANCE

Jeanie M. Pelnarsh

          V.                    CASE NUMBER:    07-1302

R. R. Donnelley, et al.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants

I certify that I am admitted to practice in this court. I am lead counsel for purposes of telephone conference calls.

| | |
|---|---|
| January 15, 2008 | s/ Sara J. Kagay |
| Date | Signature |
| | Sara J. Kagay      6286528 |
| | Print Name      Bar Number |
| | Vedder Price P.C. |
| | 222 North LaSalle Street, Suite 2400 |
| | Address |
| | Chicago      IL      60601 |
| | City      State      Zip Code |
| | (312) 609-7500      (312) 609-5005 |
| | Phone Number      Fax Number |