E-FILED
Thursday, 17 January, 2008  04:09:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEANIE M. PELNARSH,

    Plaintiff,

v.

R.R. DONNELLEY, et. al.,

    Defendants.

No. 07-1302

Judge Joe Billy McDade

**DEFENDANTS R. R. DONNELLEY & SONS COMPANY, NORM ABELS, TIM LEWIS AND MARK RAGEL'S ANSWER TO PRO SE COMPLAINT**

Defendants R. R. Donnelley & Sons Company ("Donnelley"), Norm Abels, Tim Lewis and Mark Ragel (the "individual Defendants"),[1] for their Answer to Plaintiff's Pro Se Complaint Against Employment Discrimination, Under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e-5 ("Complaint"), state as follows:

**ALLEGATION NO. 1:** PREVIOUS PROCEEDINGS BEFORE THE EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION (EEOC)

    A.    Have you filed a charge before the federal Equal Employment Opportunities Commission (EEOC) relating to this claim of employment discrimination?

    (✓)    YES

    (  )    NO

**ANSWER:** Donnelley admits. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

    B.    If your answer is YES, describe the EEOC proceeding:

        1.    Parties to the previous EEOC proceeding:

---

[1] The only individual Defendants who have been served to date are Norm Abels, Tim Lewis and Mark Ragel.

      Petition(s) Ms. Jeanie Pelnarsh

      Respondent(s):  R.R. Donnelley, 1600 N. Main St., Pontiac, IL 61764

  2. Location of EEOC office that handled your charge: Chicago District Office, 500 West Madison St., Chicago, IL 60661

  3. Docket or case number of your charge: 21B-2006 02692

  4. Disposition (what was the final result of your charge): EEOC issued Right to Sue notice

  5. Has EEOC written you a right-to-sue letter (telling you that you have the right to sue in a United States District Court if you are dissatisfied with the disposition of your charge)?

    (✓) YES

    ( ) NO

  6. Date of filing charge before EEOC: Dec. 05 & Sept. 06

  7. Date of disposition by EEOC: September 6, 2007

**ANSWER:** Donnelley admits that Plaintiff filed Charge No. 21B-2006-0692 against Donnelley and that the EEOC Chicago District Office issued a Notice of Right to Sue on September 6, 2007. Donnelley denies the remaining allegations contained in Paragraph I.B. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

  C. Attach copies of all documents you possess relating to the EEOC proceeding, ESPECIALLY YOUR RIGHT-TO-SUE LETTER.

**ANSWER:** Donnelley admits that Plaintiff attached a Notice of Right to Sue for Charge No. 21B-2006-02692 to her Complaint. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

**ALLEGATION NO. 2:** PREVIOUS LOCAL, STATE OR FEDERAL PROCEEDINGS OTHER THAN EEOC

    A.    Have you begun other legal proceedings before state or local courts or agencies, or a federal court (but NOT the EEOC) relating to your claim of employment discrimination?

    (✓)    YES

    ( )    NO

**ANSWER:** Donnelley admits that Plaintiff filed Charge No. 2007CF0652 with the Illinois Department of Human Rights ("IDHR"). The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

    B.    If your answer is YES, describe each legal proceeding:

        1.    Parties to the previous legal proceeding:

            Plaintiff(s) or petitioner(s): Ms. Jeanie Pelnarsh, 1105 6th Street, Mendota, IL 61342

            Defendant(s) or respondent(s): R.R. Donnelley, 1600 W. Main Street, Pontiac, IL 61764

        2.    Name of court or agency: Illinois Department of Human Rights, Chicago, IL

        3.    Docket or case number: 2007 CF 0652

        4.    Name of the judge or hearing officer: Cassandra Silman

        5.    Disposition: Case was investigated then turned over to EEOC.

        6.    Date of beginning previous proceeding: Sept. 21, 2006

        7.    Date of disposition of proceeding: Aug. 22, 2007

**ANSWER:** Donnelly admits that Plaintiff filed Charge No. 2007CF0652 against Donnelley with the IDHR and that Cassandra Silmon was the assigned investigator for that Charge. Donnelley denies the remaining allegations contained in Paragraph II.B. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

    C.    Additional legal proceedings.

        1.    Parties to the previous legal proceeding:

            Plaintiff(s) or petitioner(s): Ms. Jeanie Pelnarsh, 1105 6th Street, Mendota, IL 61342

            Defendant(s) or respondent(s): R.R. Donnelley, 1600 W. Main Street, Pontiac, IL 61764

        2.    Name of court or agency: Illinois Workers Compensation Commission, 104 West Front Street, Bloomington, IL

        3.    Docket or case number: 07 WC 17232

        4.    Name of the judge or hearing officer: Arbitrator Falcioni

        5.    Disposition: Case still in litigations. Set for hearing November 13, 2007.

        6.    Date of beginning previous proceeding: Aug. 21, 2007

        7.    Date of disposition of proceeding: Still pending.

**ANSWER:** Donnelley admits that Plaintiff filed claim number 07-17232 with the Illinois Workers' Compensation Commission. Donnelley denies the remaining allegations contained in Paragraph II.C. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

    C.[sic] Have you attached separate sheets regarding previous state, local or federal legal proceedings (other than EEOC)?

    (✓)    YES

    ( )    NO

**ANSWER:** Donnelley admits that Plaintiff attached Charge of Discrimination 2007CF0652 to her Complaint. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

**ALLEGATION NO. 3:** PARTIES TO YOUR PRO SE COMPLAINT OF EMPLOYMENT DISCRIMINATION

    A.    Plaintiff(s)

        1.    Your full name: Ms. Jeanie Pelnarsh

        2.    Your address: 1105 6th Street, Mendota, IL 61342

        3.    Names and addresses of other plaintiffs, if any. [none]

**ANSWER:** Donnelley admits Plaintiff's name and admits Plaintiff's address on information and belief. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

    B.    Have you attached a separate sheet naming other plaintiffs?

        ( )    YES

        (✓)    NO

**ANSWER:** Donnelley admits that Plaintiff has not identified additional plaintiffs to this case. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

    C.    Defendant(s) (You should name here the first-named respondent, or else its successor, in the previous EEOC proceeding brought by you or on your behalf):

1. Full name (individual or firm): R.R. Donnelley

2. Business address: 1600 North Main Street, Pontiac, IL 61764

3. Job position (if individual): [blank]

4. Status as an entity (if defendant is a business firm):

   (✓) Corporation

   ( ) Partnership

   ( ) Sole Proprietorship

   ( ) Other _____

5. Names, business addresses, and job position or entity status of other defendants, if any: [blank]

**ANSWER:** Donnelley admits that it is a corporation and that it operates a facility in Pontiac, Illinois. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

D. Have you attached a separate sheet naming other defendants?

   (✓) YES

   ( ) NO

5a. Additional defendants information names as respondents in previous EEOC proceeding.

Name: Norm Abels
Business Address: 1600 North Main Street
Pontiac, IL 61764
Job Position: Supervisor

Name: Tim Lewis
Business Address: 1600 North Main Street
Pontiac, IL 61764
Job Position: Supervisor

Name: Mark Ragel
Business Address: 1600 North Main Street

Pontiac, IL 61764
Job Position: Maintenance Supervisor

Name: Stan Lorrence
Business Address: 1600 North Main Street
Pontiac, IL 61764
Job Position: Maintenance Tech

Name: Ed Gullo
Business Address: 1600 North Main Street
Pontiac, IL 61764
Job Position: Bindrey Supervisor (Left company in 2005)

Name: Chad Rosenwinkel
Business Address: 1600 North Main Street
Pontiac, IL 61764
Job Position: Supervisor

Name: Scott Harbison
Business Address: 1600 North Main Street
Pontiac, IL 61764
Job Position: Supervisor

Name: Joseph Carlberg
Business Address: 1600 North Main Street
Pontiac, IL 61764
Job Position: Department Manager

**ANSWER:** Donnelley admits that Plaintiff attached a separate sheet listing the above individuals as additional Defendants, but denies that these or any individuals are appropriate parties under Title VII. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

**ALLEGATION NO. 4:** STATEMENT OF YOUR CLAIM OF EMPLOYMENT DISCRIMINATION

    A.    Were you:

        ( )    Not hired?

        (✓)    Discharged?

        ( )    Suspended?

      ( )    Demoted?

      ( )    Denied Promotion?

      ( )    Denied Wage Increases?

      ( )    Other (please specify): Sexual harassment and retaliation.

**ANSWER:** Donnelley admits that Plaintiff was discharged from employment but denies that Plaintiff was ever subjected to sexual harassment or retaliation. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

    B.    State here as briefly, concisely and clearly as possible the essential facts of your claim….

    For 8 years I endured lewd and derogatory language, unwelcomed sexual advances and propositions, verbal insults, ridiculing and demeaning remarks. RR Donnelley was aware of my situation; I filed numerous complaints with the H.R. Department in the 8 years that I worked for the company. The sexual harassment I endured created a hostile, intimidating, offensive and stressful work environment.

    Prima Facie Allegation: I filed my last of 3 complaints with the Human Resources Department on Aug. 05 – I was terminated 4 months later.

**ANSWER:** Donnelley denies. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

**ALLEGATION NO. 5:** RELIEF YOU REQUEST

    Check below what you want the court to do for you. You may make as many checks as you like.

      ( )    Should you prevail in this lawsuit, award you back pay.

      ( )    Should you prevail in this lawsuit, reinstate you in your old position.

      (✓)    Should you prevail in this lawsuit, award you certain costs of suit (but not attorneys fees).

(✓)   Other. I am requesting $800,000 from this defendant for compensation, punitive damages, mental anguishment [sic] and inconvenience for the malic [sic] and unjust treatment that I have endured and for the stress and medical problems this stress has caused.

**ANSWER:** Donnelley admits that Plaintiff seeks the stated relief, but denies that Plaintiff is entitled to any relief whatsoever. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

**ALLEGATION NO. 6:**   JURY DEMAND

(✓)   YES

( )    NO

**ANSWER:** Donnelley admits that Plaintiff has demanded a jury. The individual Defendants state that they have filed contemporaneously herewith a Motion to Dismiss Plaintiff's Complaint against them and are therefore not required to answer Plaintiff's Complaint.

Respectfully submitted,

s/ Sara J. Kagay
Richard H. Schnadig
Sara J. Kagay
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: 312-609-7500
Fax: 312-609-5005
rschnadig@vedderprice.com
skagay@vedderprice.com

Attorneys for Defendants R.R. Donnelley & Sons Company, Norm Abels, Tim Lewis and Mark Ragel

Dated: January 17, 2008

CHICAGO/#1736565.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Answer to Complaint was electronically filed and served on

    Jeanie M. Pelnarsh
    1105 6th Street
    Mendota, IL 61342

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on January 17, 2008.

                                                  s/ Sara J. Kagay
                                                  An Attorney for Defendants