E-FILED
Thursday, 17 January, 2008  04:14:49 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEANIE M. PELNARSH, | |
| Plaintiff, | |
| v. | No. 07-1302 |
| R.R. DONNELLEY, et. al., | Judge Joe Billy McDade |
| Defendants. | |

### INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

Defendants Norm Abels, Tim Lewis, Mark Ragel,[1] Chad Rosenwinkel, Scott Harbison and Joe Carlberg (the "individual Defendants"), by their attorneys, respectfully submit this Motion to Dismiss Plaintiff's Complaint against them pursuant to Fed. R. Civ. P. 12(b)(6).[2] As more fully set forth in the Memorandum in Support of the Individual Defendants' Motion to Dismiss, filed contemporaneously herewith, individual employees are not liable under Title VII. Thus, Plaintiff's Complaint does not state a claim on which relief can be granted against the individual Defendants.

---

[1] The only individual Defendants who have been served to date are Norm Abels, Tim Lewis and Mark Ragel.

[2] Individual defendants Stan Lorrence and Ed Gullo are not represented by the undersigned counsel at this time, but this Motion is equally applicable to them.

CHICAGO/#1736443.1

WHEREFORE, the individual Defendants respectfully request this Court to dismiss Plaintiff's Complaint against them with prejudice, to award their costs and attorneys' fees, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

   s/ Sara J. Kagay
Richard H. Schnadig
Sara J. Kagay
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: 312-609-7500
Fax: 312-609-5005
rschnadig@vedderprice.com
skagay@vedderprice.com

Attorneys for Defendants

Dated: January 17, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Individual Defendants' Motion to Dismiss was electronically filed and served on

Jeanie M. Pelnarsh
1105 6th Street
Mendota, IL 61342

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on January 17, 2008.

s/ Sara J. Kagay
An Attorney for Defendants