**E-FILED**
Thursday, 17 January, 2008  04:21:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

JEANIE M. PELNARSH,

        Plaintiff,

v.                                                   No. 07-1302

R.R. DONNELLEY, et. al.,                             Judge Joe Billy McDade

        Defendants.

### DEFENDANT R.R. DONNELLEY & SONS COMPANY'S
### CERTIFICATE OF INTEREST

The undersigned, counsel of record for Defendant R.R. Donnelley & Sons Company, furnishes the following in compliance with Rule 11.3 of this Court and Federal Rule of Civil Procedure 7.1:

1.     The undersigned firm represents Donnelley and individual Defendants Norm Abels, Tim Lewis, Mark Ragel, Chad Rosenwinkel, Scott Harbison and Joe Carlberg.

2a.     Donnelley has no parent corporation.

2b.     No publicly-held company holds 10% or more of Donnelley's stock.

3.     Vedder Price P.C. represents Defendants in this matter.

CHICAGO/#1736451.1 1/14/08

Respectfully submitted,

___ s/ Sara J. Kagay _____

Richard H. Schnadig
Sara J. Kagay
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone:  312-609-7500
Fax:  312-609-5005
rschnadig@vedderprice.com
skagay@vedderprice.com

Attorneys for Defendants
Dated:  January 17, 2008

CHICAGO/#1736451.1 1/14/08

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Certificate of Interest was electronically filed and served on

Jeanie M. Pelnarsh
1105 6th Street
Mendota, IL  61342

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street,

Chicago, Illinois 60601-1003 on January 17, 2008.

s/ Sara J. Kagay
An Attorney for Defendants

- 3 -