E-FILED
Friday, 18 January, 2008 08:05:20 AM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS
#### PEORIA DIVISION

January 18, 2008

Jeanie M. Pelnarsh
1105 6th St.
Mendota, IL. 61342

RE: Pelnarsh vs Donnelley,etal
CASE NO. 07-1302

Dear Ms Pelnarsh:

    NOTICE IS HEREBY GIVEN that a case-dispositive motion (motion to dismiss) has been filed. See Fed.R.Civ.P. 12(b)(6), Fed.R.Civ.P.56; Fed.R.civ.P12(c). Please be advised that you have **fourteen (14)** days from the date of filing to respond to the motion. If you do not respond, the motion, if appropriate, shall be granted and the case will be terminated without a trial. See, generally, Lewis v. Faulkner, 689 F. 2d 100 (7th Cir. 1982); Timms v. Frank, 953 F. 2d 281 (7th Cir. 1992). Under the court's local rules, a motion is deemed to be uncontested if no opposing brief is filed. See L.R. CDIL 7.1(B).

                                      PAMELA E. ROBINSON, CLERK
                                      U.S. DISTRICT COURT

                                      s/H. Kallister

cc:  all counsel