U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form."

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jeanie M. Pelnarsh | 07-1302 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| R.R. Donnelly, et al | civil |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
Chad Rosenwinkel, Supervisor

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
Pontiac, IL 61764

FILED  
JAN 29 2008  
PAMELA E. ROBINSON, CLERK  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Serve at: RR Donnelly  
168 E. Highland Ave.  
Elgin, IL. 60120  
(847) 931-0296

Signature of Attorney or other Originator requesting service on behalf of:  ☐ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk  s/ K. Sanders | Date  12-20-7 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)  not in N/IL

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service | Time | am / pm

Signature of U.S. Marshal or Deputy  
s/ Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 192.00 | 112.04 | | | | | |

REMARKS:  
4:15pm 1st endeavor 12/27/07 One DUSM, three hours, 143 miles.  
1/17/08 Kathy Barber of RR Donnelly Elgin - stated he lives in IL but does not work out of Elgin Facility  
1-18-08 CT Corp System 208 S. Lasalle Chicago - will not accept service She stated that CT Corp System would accept serv 3 hrs 88 miles RT  
for Chad Rosenwinkel in his personal capacity. 1 hr.  
1-18-08 Called Rosenwinkel - he stated he is in Pontiac until 1/23/08 then moving to Richmond, Virginia

PRIOR EDITIONS MAY BE USED           **1. CLERK OF THE COURT**           FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Jeanie M. Pelnarsh

**SUMMONS IN A CIVIL ACTION**

V.

R.R. Donnelly, et al

CASE NUMBER: 07-1302

TO: (Name and address of Defendant)

Chad Rosenwinkel

Pontiac, IL 61764

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

U.S. DISTRICT COURT
309 Federal Building
100 N.E. Monroe
PEORIA, ILLINOIS 61602

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/ John M. Waters

12/18/07

CLERK                                                       DATE

s/ T. Kelch

(By) DEPUTY CLERK