Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905



January 31, 2008

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602

Jeanie Pelnarsh Vs R.R. Donnelley
No # 07-1302
Judge Joe Billy McDade

## Response to Defendants Motion to Dismiss

In the Defendants Motion to Dismiss, there argument is that the individual employees cannot be held liable under Title VII. My response to this motion is that, the Title VII of the Civil Rights Act prohibits any and all harassment of an employee based on race, color, sex, religion, or national origin. It doesn't stipulate that the person doing the harassing isn't liable. It states that the employer is liable as well as the employee doing the harassing.

The Illinois Human Rights Act Sec 1-102 Declaration of Policy It is the public policy of this State:

    A) Freedom from Unlawful Discrimination. To secure for all individuals within Illinois the freedom from discrimination against any individual because of his or her race, color, religion, sex, national origin, ancestry, age, marital status, physical or mental handicap, military status, sexual orientation or unfavorable discharge from military service, in connection with employment, real estate transactions, access to financial credit, and the availability of public accommodations.

    B) Freedom from Sexual Harassment-Employment and Elementary, Secondary and Higher Education. To prevent sexual harassment in employment and sexual harassment in elementary, secondary, and higher education.

The Defendants are asking for the courts to dismiss the individual's from the liability of this complaint, when in fact, it was the actions of these individuals that are responsible for the complaint. If they would have acted accordingly and followed the guidelines that were established by the state and the employer we would not be in this situation that we are today. These individuals along with the company R.R. Donnelley should be held liable do to the fact of the unlawful harassment that occurred. The Defendants conduct was so objectively offensive that it created a hostile work environment.

Therefore the fact that these gentlemen where given the guidelines of the company policy and deliberately disobeyed them continuously and the fact that there unlawful misconduct was against The Civil Rights Act, they should be held liable as well as R.R. Donnelley.

Respectfully Submitted,

*Jeanie M Pelnarsh* (signature)

Jeanie Pelnarsh

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Plaintiffs Response to Defendant's Motion to Dismiss was filed and served by Certified U.S. mail to Defendants counsel on January 31, 2008

Attorney for Defendants

Richard H. Schnadig
Sara J. Kagay

Vedder Price O.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: 312-609-7500
Fax: 312-609-5005

The undersigned certifies that a true and correct copy of the foregoing Plaintiffs Response to Defendant's Motion to Dismiss was filed and served by depositing the same in the U.S. mail, first-class postage pre-paid to the individual Defendants on January 31, 2008

R.R. Donnelley
1600 North Main Street
Pontiac, Il 61764

Norm Abels
1600 North Main Street
Pontiac, Il 61764

Tim Lewis
1600 North Main Street
Pontiac, Il 61764

Mark Ragel
1600 North Main Street
Pontiac, Il 61764

Chad Rosenwinkel
1400 E Bittersweet Ln
Pontiac, Il 61764

Scott Harbison
1308 E Kirkwood Dr
Pontiac, Il 61764

Joe Carlberg
3075 Highland Pkwy
Downers Grove, Il 60515-1288

Stan Lorrance
1600 North Main Street
Pontiac, Il 61764

Ed Gullo
1600 North Main Street
Pontiac, Il 61764

<u>Jeanie Pelnarsh</u>
Pro Se Plaintiff


Signature: *Jeanie M Pelnarsh*
Date: 1/31/08