Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

January 30, 2008



FILED
FEB 1 - 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602

Jeanie Pelnarsh Vs R.R. Donnelley
No # 07-1302
Judge Joe Billy McDade

### Notification of Plaintiffs Address Change

This is a notice to the U.S. District Court and all other involved parties to a change of address for the Plaintiff. Please make all necessary changes.

Ms. Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
815-210-1905

Respectfully,

*Jeanie M Pelnarsh*

Jeanie Pelnarsh

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

January 30, 2008


United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602


Jeanie Pelnarsh Vs R.R. Donnelley
No # 07-1302
Judge Joe Billy McDade


## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notification of Plaintiff's Change of Address was filed and served by Certified U.S mail to Defendants counsel on January 31, 2008

Attorney for Defendants

Richard H. Schnadig
Sara J. Kagay

Vedder Price O.C.
222 North LaSalle Street, Suite 2600
Chicago, Il 60601
Phone: 312-609-7500
Fax: 312-609-5005

The undersigned certifies that a true and correct copy of the foregoing Notification of Plaintiff's Change of Address was filed and served by depositing the same in the U.S. mail, first class postage pre-paid to the individual Defendant's on January 31, 2008

R.R. Donnelley
1600 North Main Street
Pontiac, Il 61764

Norm Abels
1600 North Main Street
Pontiac, Il 61764

Tim Lewis
1600 North Main Street
Pontiac, Il 61764

Mark Ragel
1600 North Main Street
Pontiac, Il 61764

Chad Rosnwinkel
1400 E bittersweet ln.
Pontiac, Il 61764

Scott Harbison
1308 E Kirkwood Dr
Pontiac, Il 61764

Joe Carlberg
3075 Highland Pkwy
Downers grove, Il 60515-1288

Stan Lorrance
1600 North Main Street
Pontiac, Il 61764

Ed Gullo
1600 North Main Street
Pontiac, Il 61764

Respectfully,

*Jeanie Pelnarsh*

Jeanie Pelnarsh