UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS



<u>Jeanie M Pelnarsh</u>

Plaintiff/Petitioner,

v.

Case No. 07-1302

<u>R.R Donnelley</u>

Defendant/Respondent.



FEB 22 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# FINANCIAL AFFIDAVIT ACCOMPANYING MOTION FOR APPOINTMENT OF COUNSEL

Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 1.00⁰⁰ | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |

| | | | |
|---|---|---|---|
| Disability (such as social security, insurance payments) | $ 0 $ _____ | $ 0 | $ _____ |
| Unemployment payments *unemplyant expired in 7/07* | $ 0 $ _____ | $ 0 | $ _____ |
| Public-assistance (such as welfare) | $ 400  *Food Stamps* $ _____ | $ 0 | $ _____ |
| Other (specify): | $ ____ $ _____ | $ 0 | $ _____ |
| Total monthly income: | $1,400 $ _____ | $ 0 | $ _____ |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| R.R. Donnelley | 1600 N Main, Pontiac, IL | 11/99 - 1/06 | $3,000 |
| Naussbaum Trucking | Bloomington, IL | 6/98 - 11/99 | $1,500 |
| Soul Title Inc. | Oakbrook, IL | 5/92 - 11/94 | $1,500 |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.) *No spouse*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

4. How much cash do you and your spouse have? $ 200.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| First State Bank | Savings | $200.00 | |
| | | | |
| | | | |

*If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

2

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.   *I have no assets*

Home (Value)                      Other real estate (Value)                  Motor Vehicle #1 (Value)

_____           _____            _____

_____           _____            Make & year:  _

_____           _____            Model:  _

_____           _____            Registration #:  _

Motor Vehicle #2 (Value)          Other assets (Value)                       Other assets (Value)

_____           _____            _____

Make & year:  _                   _____            _____

Model:  _                         _____            _____

Registration #:  _                _____            _____

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money    Amount owed to you    Amount owed to your spouse

R.R Donnelley owes for backwages for Workers Compl case    _____    _____

7. State the persons who rely on you or your spouse for support.

Name                              Relationship             Age

Melinda Eden-Pelnarsh             Daughter                 16
Christina Eden-Pelnar             Daughter                 12
Cathrin Eden-Pelnar               Daughter                 10

3

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

*I just recently (Jan. 21, 2007) moved in with my parents because I could not afford to live on my own any longer.*

|  | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) | $ 0.00 | $ _ |
| Are real estate taxes included? [ ] Yes [ ]No | | |
| Is property insurance included? [ ] Yes []No | | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $ 400.00 | $_____ |
| Clothing | $ 200.00 | $_____ |
| Laundry and dry-cleaning | $ 40.00 | $_____ |
| Medical and dental expenses | $ 65.00 | $_____ |
| Transportation (not including motor vehicle expenses | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's | $ - - - | $ - - - |
|     Life | $ - - - | $ - - - |
|     Health | $ - - - | $ - - - - |
|     Motor vehicle | $ - - - | $ - - - - |
|     Other: | $ - - - | $ - - - |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ - - - | $ - - - - |
| Installment payments | | |
|     Motor Vehicle | $ - - - | $ - - - - |
|     Credit card (name): | $ - - - | $ - - - - |
|     Department store (name): | $ - - - | $ - - - - |
|     Other: _____ | $ - - - | $ - - - - |
| Alimony, maintenance, and support paid to others | $ - - - | $ - - - - |
| Regular expenses for operation of business, profession, or farm (attach detail) | $ - - - | $ - - - - |

4

Other Expenses (specify): _____    $ - - - $ - - - -

Total monthly expenses:    $ - - - $ - - - -

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

    ☒ Yes   [ ] No   If yes, describe on an attached sheet.   *Workman's Compensation.*

**10. Have you paid-or will you be paying-an attorney any money for services in connection with this case, including the completion of this form?**

    ☒ Yes   ☒ No   If yes, how much? $ _____ *30% of any monetary settlement* *workers comp case*

    If yes, state the attorney's name, address, and telephone number:
    *Ferracuti law office* _____

11. Have you paid-or will you be paying-anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

    [ ] Yes   ☒ No   If yes, how much? $ _____

    If yes, state the person's name, address, and telephone number:

    _____

12. State the address of your legal residence.

    *21926 N 900 E Rd*
    *Pontiac, IL 61764*

Your daytime phone number: *(815) 210-1905*

Your age: *35*

Your highest level of education: *14*

Affidavit in Support of Motion

I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *Jeanni M[...]*  Date: *1/30/08*

5