Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

February 18, 2008                                      No # 07-1302

                                                       Judge Joe Billy McDade

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602


Jeanie M. Pelnarsh

       Plaintiff,

v.

R.R. Donnelley, et.al.,

       Defendants.


<u>Request</u> <u>for</u> <u>Leave</u> <u>of</u> <u>Court</u>

    The Plantiff requests leave of court to amend party's pleading on Claim for Relief. Please see attached amendement.



                                     Respectfully Submitted,

                                       */s/ Jeanie Pelnarsh*

                                     (j)    Jeanie Pelnarsh

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, ll 61764
Phone (815) 210-1905

February 19, 2008                                      No # 07-1302

                                                       Judge Joe Billy McDade


United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602


Jeanie Pelnarsh

V

R.R. Donnelley

## CERTIFICATE OF SERVICE

   The undersigned certifies that a true and correct copy of the foregoing Request for Leave of Court was filed and served by Certified U.S mail to Defendants counsel on February 19, 2008

   Attorney for Defendants

   Richard H. Schnadig
   Sara J. Kagay

   Vedder Price *D.C.*
   222 North LaSalle Street, Suite 2600
   Chicago, ll 60601
   Phone: 312-609-7500
   Fax: 312-609-5005

The undersigned certifies that a true and correct copy of the foregoing Request for Leave of Court was filed and served by depositing the same in the U.S. mail, first class postage pre-paid to the individual Defendant's on February 19, 2008

R.R. Donnelley
1600 North Main Street
Pontiac, Il 61764

NonnAbels
1600 North Main Street
Pontiac, Il 61764

Tim Lewis
1600 North Main Street
Pontiac, Il 61764

Mark Ragel
1600 North Main Street
Pontiac, Il 61764

Chad Rosnwinkel
1400 E bittersweet In.
Pontiac, Il 61764

Scott Harbison
1308 E Kirkwood Dr
Pontiac, Il 61764

Joe Carlberg
3075 Highland Pkwy
Downers grove, Il 60515-1288

Stan Lorrance
1600 North Main Street
Pontiac, Il 61764

Ed Gullo
1600 North Main Street
Pontiac, Il 61764

Respectfully,

*Jeanie Pelnarsh*

Jeanie Pelnarsh



Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

February 18, 2008                               No # 07-1302

Judge Joe Billy McDade

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602


Jeanie Pelnarsh
      Plaintiff

Vs

R.R. Donnelley, et. al.,

      Defendants


## Amendment to Request for Relief from Defendants

Title VII of the Civil Rights Act of 1964 Sec. 2000e-7 (Section 708) states nothing in this subchapter shall be deemed to exempt or relieve any person from any liability, duty, penalty, or punishment provided by any present or future law of any State or political subdivision of a State other than any such law which purports to require or permit the doing of any act which would be an unlawful employment practice under this subchapter.

Therefore the Plaintiff's requests for relief is as follows.

    A) Plaintiff request for relief from Defendant R.R. Donnelley in the sum of $800,000.00 for compensation for punitive damages, mental, emotional anguish. For the malic and unjust treatment, stress and numerous medical problems that this hostile, intimidating and offensive work environment caused.

    B) Plaintiff request that R.R. Donnelley be responsible to pay any and all costs and attorney's fees (If legal council is appointed by the courts or if Plaintiff seeks additional co-council) and such and further relief as the Court deems just and proper.

C) Plaintiff requests relief from each Individual Defendant Norm Abels, Tim Leiws, Mark Ragel, Chad Rosenwinkel, Scott Harbison, Joe Carlberg, Stan Lorrence and Ed Gullo the sum of $5,000.00 from each individual Defendant to be awarded to the plaintiff, and an additional $5,000.00 from each individual Defendant must be anonymously donated to The Center for Prevention of Abuse in either Peoria County or Woodford County, which will Not be able to be used a tax deduction.

D) The individual defendants named above in paragraph C must also take part in a Sexual Harassment Prevention Seminar (individually) which is sponsored by The Sexual Harassment Prevention Institute (1-713-627-7700) classes are held in Chicago, Rockford, Peoria and other local areas.

The Plaintiff respectfully requests the Court to grant this Amendment for Relief.

Respectfully Submitted,

*Jeanie Pelnarsh*
Jeanie Pelnarsh

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

February 19, 2008                                                                 No # 07-1302

                                                                                  Judge Joe Billy McDade


United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602


Jeanie Pelnarsh Vs R.R. Donnelley

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Amendment to Request for Relief from Defendants was filed and served by Certified U.S mail to Defendants counsel on February 19, 2008

<u>Attorney for Defendants</u>

Richard H. Schnadig
Sara J. Kagay

Vedder Price O.C.
222 North LaSalle Street, Suite 2600
Chicago, Il 60601
Phone: 312-609-7500
Fax: 312-609-5005

The undersigned certifies that a true and correct copy of the foregoing Amendment to Request for Relief from Defendants was filed and served by depositing the same in the U.S. mail, first class postage pre-paid to the individual Defendant's on February 19, 2008

R.R. Donnelley
1600 North Main Street
Pontiac, Il 61764

Norm Abels
1600 North Main Street
Pontiac, ll 61764

Tim Lewis
1600 North Main Street
Pontiac, ll 61764

Mark Ragel
1600 North Main Street
Pontiac, ll 61764

Chad Rosnwinkel
1400 E bittersweet ln.
Pontiac, ll 61764

Scott Harbison
1308 E Kirkwood Dr
Pontiac, ll 61764

Joe Carlberg
3075 Highland Pkwy
Downers grove, ll 60515-1288

Stan Lorrance
1600 North Main Street
Pontiac, ll 61764

Ed Gullo
1600 North Main Street
Pontiac, ll 61764

Respectfully,

*Jeanie Pelnarsh*

Jeanie Pelnarsh