AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

___Central___ DISTRICT OF ___Illinois___

Jeanie M. Pelnarsh

v.

R.R. Donnelley and Sons, et al.

**APPEARANCE**

Case Number: 07-1302

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

R.R. Donnelly and Sons

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/12/2008 | _[signature]_ |
| Date | Signature |
| | Timothy J. Tommaso         6293960 |
| | Print Name                 Bar Number |
| | 222 N. LaSalle Street, Suite 2600 |
| | Address |
| | Chicago        IL        60601 |
| | City           State     Zip Code |
| | (312) 609-7500    (312) 609-5005 |
| | Phone Number      Fax Number |