E-FILED
Friday, 14 March, 2008 04:21:23 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEANIE M. PELNARSH, | |
| Plaintiff, | |
| v. | No. 07-1302 |
| R.R. DONNELLEY, et. al., | Judge Joe Billy McDade |
| Defendants. | |

### INDIVIDUAL DEFENDANTS' MOTION TO DISMISS

Individual Defendants Scott Harbison and Stan Lorrence, by their attorneys, respectfully submit this Motion to Dismiss[1] Plaintiff's Complaint against them pursuant to Fed. R. Civ. P. 12(b)(6).[2] As more fully set forth in the Memorandum in Support of the Individual Defendants' Motion to Dismiss, filed contemporaneously herewith, individual employees are not liable under Title VII. Thus, Plaintiff's Complaint does not state a claim on which relief can be granted against the individual Defendants.

---

[1] Because the individual Defendants are filing a Motion to Dismiss, they are not required to file an additional Answer to the Complaint.

[2] On January 17, 2008, an identical Motion to Dismiss was filed on behalf of all individual Defendants. Because Defendants Scott Harbison and Stan Lorrence were recently served with Plaintiff's Complaint, they re-file the motion as their responsive pleading.

CHICAGO/#1758109.1

WHEREFORE, the individual Defendants respectfully request this Court to dismiss Plaintiff's Complaint against them with prejudice, to award their costs and attorneys' fees, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

s/ Timothy J. Tommaso
Richard H. Schnadig
Sara J. Kagay
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
Phone: 312-609-7500
Fax: 312-609-5005
rschnadig@vedderprice.com
skagay@vedderprice.com
ttommaso@vedderprice.com

Attorneys for Defendants

Dated: March 14, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Individual Defendants' Motion to Dismiss was electronically filed and served on

Jeanie M. Pelnarsh
21926 North 900 East Road
Pontiac, IL 61764

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on March 14, 2008.

s/ Timothy J. Tommaso
An Attorney for Defendants
