

FILED
Thursday, 20 March, 2008 10:48:49 AM
Clerk, U.S. District Court, ILCD

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

March 19, 2008                                   No # 07-1302

                                                 Judge Gorman

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602


Jeanie Pelnarsh
       Plaintiff

Vs


R.R. Donnelley, et. al.,

       Defendants


### Amended Complaint

Title VII of the Civil Rights Act of 1964 prohibits employment discrimination based on race, color, religion, sex and national origin.

The Illinois Human Rights Act (Sec. 1-102 Declaration of Policy. It is the public policy of this State:
    A) Freedom from Unlawful Discrimination. To secure for all individuals within Illinois the freedom from discrimination against any individual because of his or her race, color, religion, sex, national origin, ancestry, age, marital status, physical or mental handicap. Military status and sexual orientation.

B) Freedom from Sexual Harassment-Employment. To prevent sexual harassment in employment.

Section 6-101 Additional Civil Rights Violation:

A) It is a civil rights violation for a person, or for two or more persons to conspire: Retaliate against a person because he or she has opposed that which he or she reasonably and in good faith believes to be unlawful discrimination, sexual harassment in employment. Because he or she has made a charge, filed a complaint, testified, assisted or participated in an investigation, proceeding or hearing under this Act.

### Statement of Complaint of Discrimination

During my employment at R.R. Donnelley from 1999 thru 2006, I endured rude and derogatory language, unwelcome sexual advances and propositions, verbal insults, sexual invitation, ridiculing and demeaning remarks and groping from several individuals that were employees, Supervisor's and Managers of R.R. Donnelley.
This sexual harassment created a hostile, intimidation, stressful and offensive work environment.
   R.R. Donnelley was aware of this situation, because I filed numerous complaints over the years with several different Human Resource Managers and nothing was done to resolve the situation.

I filed my last complaint in August of 2005 and I was terminated 5 months later.

### Request for Relief

A) Plaintiff request for relief from Defendant R.R. Donnelley in the sum of $800,000.00 for compensation for punitive damages, mental, emotional anguish. For the malic and unjust treatment, stress and numerous medical problems that this hostile, intimidating, stressful and offensive work environment caused.

B) Plaintiff request that R.R. Donnelley be responsible to pay any and all costs and attorney's fees (If Plaintiff seeks additional council and / or co-council) and such and further relief as the Court deems just and proper.

Respectfully Submitted,

*Jeanie M Pelnarsh*
Jeanie Pelnarsh

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

March 19, 2008    No # 07-1302

Judge Gorman

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602

Jeanie Pelnarsh

V

R.R. Donnelley

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Amended Complaint was filed and served by Certified U.S mail to United States District Court on March 19, 2008

United States District Court
Office of the Clerk
100 N.E. Monroe Street
Peoria, Illinois 61602

The undersigned certifies that a true and correct copy of the foregoing Amended Complaint was filed and served by depositing the same in the U.S. mail, first class postage pre-paid to the Defendant and counsel on March 19, 2008

R.R. Donnelley
1600 North Main Street
Pontiac, Il 61764


Attorney for Defendants

Richard H. Schnadig
Sara J. Kagay
Timothy J Tommaso

Vedder Price O.C.
222 North LaSalle Street, Suite 2600
Chicago, Il 60601
Phone: 312-609-7500
Fax: 312-609-5005


Respectfully,

Jeanie Pelnarsh