IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JEANIE M. PELNARSH

    Plaintiff,

v.    No. 07-1302

R.R. DONNELLEY

    Defendant    Judge Joe Billy McDade



## PLAINTIFF'S ASSESSED DAMAGES

For the intentional infliction of emotional distress and mental anguish, malice and unjust treatment and for the medical problems that occurred due to the hostile, offensive, and stressful work environment that was created because of the sexual harassment that the Plaintiff endured for several years, by several supervisor's/managers. The damages including compensation and punitive damages that the Plaintiff seeks is the amount of $840,000.00 from the Defendant R.R. Donnelley.

    Also the Plaintiff Jeanie Pelnarsh seeks lost wages ( Back Pay ) from both places of employment that were lost in 2005. Income from 2005 was $ 62, 856.77/ $ 5,238.00 a month at 29 months lost, brings the sum for 29 months to $151,902.00

The total sum that the Plaintiff Jeanie Pelnarsh seeks for Damages is $991,902.00

                                                      Respectfully Submitted,

                                                      Jeanie Pelnarsh

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
(815)210-1905
Plaintiff Pro Se

Richard H. Schnadig
Sara J. Kagay
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Il 60601-1003
Phone: (312) 609-7500
Fax (312) 609-5005
rschnadig@vedderprice.com
skagay@vedderprice.com
ttommaso@vedderprice.com

Attorneys for Defendant


Dated: May 28, 2008

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

May 28, 2008                                              No # 07-1302

                                                  Judge Joe Billy McDade


United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602


Jeanie Pelnarsh

V

R.R. Donnelley
## CERTIFICATE OF SERVICE

   The undersigned certifies that a true and correct copy of the foregoing Initial Disclosures was filed and served by Certified U.S mail to United States District Court on May 29, 2008

   United States District Court
   Office of the Clerk
   100 N.E. Monroe Street
   Peoria, Illinois 61602

The undersigned certifies that a true and correct copy of the foregoing Initial Disclosures was filed and served by depositing the same in the U.S. mail, first class postage pre-paid to the Defendant's counsel on May 29, 2008 and also sent electronically via internet at the e-mails listed below.

Attorney for Defendants

Richard H. Schnadig
Sara J. Kagay
Timothy J Tommaso

Vedder Price O.C.
222 North LaSalle Street, Suite 2600
Chicago, Il 60601
Phone: 312-609-7500
Fax: 312-609-5005
r̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶
̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶
ttommaso@vedderprice.com

Respectfully Submitted,

Jeanie Pelnarsh

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
(815) 210- 1905
Plaintiff Pro Se