IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEANIE M. PELNARSH,<br><br>        Plaintiff,<br><br>v.<br><br>R.R. DONNELLEY,<br><br>        Defendant. | No. 07-1302<br><br>Judge Joe Billy McDade |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant R.R. Donnelley & Sons Company ("Donnelley"), by its attorneys, respectfully requests a brief extension of time in which to disclose any expert witnesses, up to and including August 12, 2008. In support hereof, Defendant states the following:

1.    The Parties' Joint Proposed Discovery Plan required Defendant to disclose any expert witnesses by July 22, 2008.

2.    Defendant originally noticed Plaintiff's deposition for July 9, 2008, after which time Defendant expected to determine whether any expert witness would be required. Due to discovery issues that the parties have resolved, Plaintiff's deposition was postponed until July 29, 2008. Defendant, therefore, requests a brief extension of the expert deadline, up to and including August 12, 2008.

3.    Plaintiff has been contacted and stated she has no objection to this brief extension.

4.    This extension would not affect any other deadlines in this case and is not made for the purposes of delay.

WHEREFORE, Defendant R.R. Donnelley & Sons Company respectfully requests a brief extension of time to disclose any expert witnesses, up to and including August 12, 2008.

CHICAGO/#1818029.1

                                                         Respectfully submitted,

                                                         R.R. DONNELLEY & SONS COMPANY

                                                             s/ Sara J. Kagay
                                                        Richard H. Schnadig
                                                        Sara J. Kagay
                                                       Timothy J. Tommaso
                                                       Vedder Price P.C.
                                                       222 North LaSalle Street, Suite 2600
                                                       Chicago, Illinois 60601
                                                       (312) 609-7500
                                                       rschnadig@vedderprice.com
                                                       skagay@vedderprice.com
                                                       ttommaso@vedderprice.com
                                                       Attorneys for Defendant

Dated: July 21, 2008

CHICAGO/#1818029.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Unopposed Motion for Extension of Time was served on:

Jeanie M. Pelnarsh
21926 North 900 East Road
Pontiac, IL 61764

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on July 21, 2008.

                                                      s/ SARA J. KAGAY
                                                    An Attorney for R.R. Donnelley & Sons Company