E-FILED
Wednesday, 06 August, 2008 11:58:45 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

FILED

AUG - 6 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEANIE M. PELNARSH, | |
| Plaintiff, | |
| v. | No. 07-1302 |
| R.R. DONNELLEY, | Judge Joe Billy McDade |
| Defendant. | |

## PARTIES' JOINT PROPOSED DISCOVERY PLAN

Defendant R.R. Donnelley & Sons Co. ("Donnelley") and Plaintiff Jeanie M. Pelnarsh ("Pelnarsh") respectfully submit the following Joint Proposed Discovery Plan:

1. **Initial Disclosures.** The parties do not wish to alter the form or requirement of their Rule 26(a)(1) Initial Disclosures. The parties will exchange Initial Disclosures on or before June 2, 2008.

2. **Discovery.** The parties anticipate engaging in discovery regarding Plaintiff's claims, Defendant's defenses and damages. Discovery need not be conducted in phases or be limited or focused on particular issues. The deadline for completion of all discovery will be August 18, 2008. The parties do not anticipate the need for other changes in the discovery rules from those set forth in the Federal Rules of Civil Procedure.

3. **Electronically Stored Information.** The parties do not anticipate the need to recover information that is stored only in electronic form or otherwise engage in "electronic" discovery. The parties agree that documents that were created electronically or that exist in electronic form may be produced in paper form.

4. **Issues Regarding Privilege or Protection of Trial Preparation Materials.** The parties agree that if either party should inadvertently disclose information protected by the

CHICAGO/#1777343.2

attorney-client or work product privileges, it shall promptly notify the other party, in writing if possible. The other party shall promptly return, sequester or destroy such material and any and all copies. Any such inadvertently disclosed material should not be used or disclosed. The party who received the inadvertently disclosed material must take reasonable steps to retrieve it if it has already been disclosed to any non-party. The parties agree that the Court may resolve any disputed claims of privilege and that any inadvertently disclosed information should be preserved confidentially until the Court has made such a determination. The parties agree that the inadvertent disclosure of privileged materials shall not result in a waiver of the attorney-client privilege or work-product doctrine as to the documents inadvertently disclosed or any other documents.

5. **Expert Witnesses.** Plaintiff must disclose any expert witness by July 1, 2008. Defendant must disclose any expert witness by July 22, 2008. Rebuttal witnesses must be disclosed by August 5, 2008.

5. **Amendment of Pleadings.** Any amendments to the pleadings or actions to join other parties shall be filed on or before June 16, 2008.

6. **Dispositive Motions.** Any dispositive motions shall be filed on or before September 16, 2008.

- 3 -

                          Respectfully submitted,

                          R.R. DONNELLEY & SONS COMPANY

                          s/ Sara J. Kagay

Richard H. Schnadig
Sara J. Kagay
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
Phone: (312) 609-7500
Fax: (312) 609-5005
rschnadig@vedderprice.com
skagay@vedderprice.com
ttommaso@vedderprice.com

Attorneys for Defendant

                          JEANIE M. PELNARSH

                          s/ Jeanie M. Pelnarsh

Jeanie M. Pelnarsh
21926 North 900 East Road
Pontiac, IL  61764
815-210-1905
pels72@yahoo.com

Plaintiff Pro Se

Dated: May 21, 2008

CHICAGO/#1777343.2

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Parties' Joint Proposed Discovery Plan was electronically filed and served on:

Jeanie M. Pelnarsh
21926 North 900 East Road
Pontiac, IL  61764

by depositing the same in the U.S. Mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois  60601-1003 on May 21, 2008.

                                           s/ Sara J. Kagay
                                           An Attorney for Defendant