E-FILED
Wednesday, 06 August, 2008 12:01:18 PM
Clerk, U.S. District Court, ILCD

FILED

AUG - 6 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

August 4, 2008

No # 07-1302

Judge Joe Billy McDade

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602

Jeanie Pelnarsh

Vs

R.R. Donnelley

### REQUEST FOR SUBPOENA

Dear Judge McDade,

    I am writing to you with hopes that the courts will help me in obtaining documents that are of the up most importance for my case. I would like the courts help with subpoenaing a copy of the " Discovery" portion of my own criminal case file from the States Attorney Office in LaSalle County.  Case # 2006-CF-97 .

    These documents are important because thay contain  Discovery that I need for this case No. 07-1302. This Discovery contains vital information, e-mails and documents that were obtained by the States Attorney from RRDonnelley that can help prove my case. The Criminal Case and the Federal Case both go hand in hand and are related in context.

    I contacted my criminal attorney Mr. Douglas Olivero 's office and it seems that his office has mis-placed my file due to the office under going renovation, but they explained to me that the file was public record and that I could obtain a copy from the Circuit Clerks Office in LaSalle County.

I proceeded to the clerks office and viewed my file, but none of the "Discovery" information was in my file, when I asked the clerk about it, she said "that it was odd, that the Discovery information should have been in their file, but that it would definitely be in the State Attorney's file, that she couldn't understand why it wasn't in the file that they had, but if I were to go up to the States Attorney's Office, I could get a copy there". I proceeded to the States Attorney's Office and the Secretary called Mr. Joseph Hettel, LaSalle County States Attorney and he denied me a copy of the file, he told the secretary to tell me that I needed to leave and that I was not being granted my request under any circumstances. I explained to the secretary why I needed a copy of the Discovery portion of the file. She then called Mr. Hettel again and explained my situation to him, the secretary was told to tell me "No" again.

I then sent Mr. Hettel a written request explaining why I needed a copy of the Discovery portion of my file, thinking maybe he misunderstood what I needed.

This written request was sent on June 25th 2008. I have still not received a response, nor a copy of the Discovery that I need. I don't understand why exactly Mr. Hettel refuses my request, after all it is my file and it is public record.

This information is very important and I need this for my evidence against RR Donnelley and to prove my case.

I am pleading with the courts for there assistance in helping me subpeona this information and request that it be done as quickly as possible.

I have taken the liberty of enclosing the LaSalle County Courts information.

Joseph P Hettel
707 E Etna Rd  Rm 251
Ottawa, Il 61350
Case # 2006-CF-97

Respectfully Submitted,

Jeanie Pelnarsh

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Request for Subpoena was served on: August 4, 2008

Attorney for Defendants

Sara J. Kagay

Vedder Price O.C.
222 North LaSalle Street, Suite 2600
Chicago, Il 60601
Phone: 312-609-7500
Fax: 312-609-5005
skagay@vedderprice.com

United States District Court
Central District of Illinois
Circuit Clerks Office
100 NE Monroe Street
Peoria, Il 61602

By depositing the same in the U.S. mail, first-class postage prepaid, at
21926 North 900 East Rd
Pontiac, Il 61764  On August 4, 2008

Respectfully Submitted,

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764

*Jeanie Pelnarsh*

Jeanie Pelnarsh
Plaintiff/Pro Se