UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Jeanie M. Pelnarsh, | ) | |
|         Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 07-1302 |
| | ) | |
| R.R. Donnelley, | ) | |
|         Defendant | ) | |

**ORDER**

Now before the Court is the Defendant's Motion (#36) for a protective order. Plaintiff has filed opposition to this motion. I have carefully considered the arguments of the parties. For the following reasons, the Motion is GRANTED.

Defendant seeks what is a rather routine order in employment cases, one that allows production of documents to the Plaintiff, even when those documents contain confidential information. The protective order simply limits Plaintiff's use and disclosure of that confidential information. See, Fed.R.Civ.P. 26(c).

Plaintiff's opposition to this Motion are noted but rejected. Plaintiff has confused "privileged" information with "confidential" information. There is a significant legal distinction between those two categories, and nothing in the record of this case applies to "confidential" information. Defendant has not raised any question of "privilege" in its Motion. In addition, I find that the Motion is timely, given that it was filed before the close of discovery in this case.

Accordingly, the Motion is granted, and the protective order submitted by the Defendant shall be entered as of this date. Defendant shall produce responsive documents marked by the close of discovery on August 18, 2008.

ENTERED ON  August 7, 2008

s/ John A. Gorman

JOHN A. GORMAN

UNITED STATES MAGISTRATE JUDGE