E-FILED
Tuesday, 12 August, 2008  02:24:21 PM
Clerk, U.S. District Court, ILCD

FILED
AUG 1 2 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764
Phone (815) 210-1905

August 10, 2008

No # 07-1302

Judge Joe Billy McDade

United States District Court
Central District of Illinois
Peoria Division
Peoria, Illinois 61602

Jeanie Pelnarsh

  Vs

R.R. Donnelley

## REQUEST FOR SUBPOENA

Dear Judge McDade,

     I am writing to you with hopes that the courts will help me in obtaining documents that are of the up most importance for my case.  I would like the courts help with subpoenaing a copy of the " Discovery" portion of my own criminal case file from the States Attorney Office in LaSalle County.  Case # 2006-CF-97 .

     Attached is a copy of the **Response and Objection to Plaintiff's First Set of Documents Requested to Plaintiff**, with this the courts will see that I have requested the needed documents from the Defendant and the courts will see that the Defendant and their Counsel have Denied and Objected to me obtaining these documents, claiming that it is unduly burdensome for them or that they are protected under attorney-client privilege.

     These documents are important because they contain  Discovery that I need for this case No. 07-1302. This Discovery contains vital information, e-mails and documents that were obtained by the States Attorney from RRDonnelley that can help prove my case.

The Criminal Case and the Federal Case both go hand in hand and are related in context because the Defendant is using the criminal case that they filed against me as their defense in this case. Since the Defendant is using this as their defense, I will be able to prove to the courts, that the action that was taken against me in the Criminal Case was unwarranted and unjust.

I contacted my criminal attorney Mr. Douglas Olivero 's office and it seems that his office has mis-placed my file due to the office under going renovation, but they explained to me that the file was public record and that I could obtain a copy from the Circuit Clerks Office in LaSalle County.

I proceeded to the clerks office and viewed my file, but none of the "Discovery" information was in my file, when I asked the clerk about it, she said "that it was odd, that the Discovery information should have been in their file, but that it would definitely be in the State Attorney's file, that she couldn't understand why it wasn't in the file that they had, but if I were to go up to the States Attorney's Office, I could get a copy there". I proceeded to the States Attorney's Office and the Secretary called Mr. Joseph Hettel, LaSalle County States Attorney and he denied me a copy of the file, he told the secretary to tell me that I needed to leave and that I was not being granted my request under any circumstances. I explained to the secretary why I needed a copy of the Discovery portion of the file. She then called Mr. Hettel again and explained my situation to him, the secretary was told to tell me "No" again.

I then sent Mr. Hettel a written request explaining why I needed a copy of the Discovery portion of my file, thinking maybe he misunderstood what I needed.

This written request was sent on June 25th 2008. I have still not received a response, nor a copy of the Discovery that I need. I don't understand why exactly Mr. Hettel refuses my request, after all it is my file and it is public record.

This information is very important and I need this for my evidence against RR Donnelley and to prove my case.

I am pleading with the courts for there assistance in helping me subpeona this information and request that it be done as quickly as possible.

I have taken the liberty of enclosing the LaSalle County Courts information.


Joseph P Hettel
707 E Etna Rd Rm 251
Ottawa, Il 61350
Case # 2006-CF-97

Respectfully Submitted,

Jeanie Pelnarsh

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

JEANIE M. PELNARSH,

        Plaintiff,

v.

R.R. DONNELLEY,

        Defendant.

No. 07-1302

Judge Joe Billy McDade
Magistrate Judge John A. Gorman

## RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF DOCUMENT REQUESTS TO DEFENDANT

R. R. Donnelley & Sons Company, by its attorneys, responds to Plaintiff's first request for production of documents as follows:

## DOCUMENTS REQUESTED

**REQUEST NO. 1:** All documents relevant to the allegations in Amended Complaint, and all documents having to do with Plaintiff[] and her employment.

**RESPONSE:** Defendant refers Plaintiff to documents D0001-D0393, previously produced with

Defendant's Initial Disclosures, and to documents D0459-D0460, produced herewith.

**REQUEST NO. 2:** All documents relating to any communications between Donnelley and Plaintiff that relate in any way to the subject matter of the Amended Complaint in this case.

**RESPONSE:** Defendant refers Plaintiff to documents D0001-D0031, D0033, D0035-D0039,

D0041-D0043, D0045-D0064, D0067-D0079, D0082-D0124, D0126-D0132, D0136,

D0144, D0146-D0148, D0154-D0156, D0159-D0195, D201-D0217, D0225-D0326, D0330-

D0339, D0341-D0343, D0346-D0349, D0352-D0355 and D0362-D0366, all previously

produced with Defendant's Initial Disclosures.

**REQUEST NO. 3:** All documents relating to any communication between or among you and any other person that relate in any way to the subject matter of the Amended Complaint in this case.

**RESPONSE:** Defendant objects to this request to the extent it seeks documents protected by the

attorney-client privilege or work-product doctrine. Subject to and without waiving its

objection, Defendant refers Plaintiff to documents D0222-D0224, D0329, D0340-D0341,

D0344-D0345, D0350-D0353, D0356-D0358, all previously produced, and to documents

D0455-D0458, produced herewith.

**REQUEST NO. 4:** All documents relating to Plaintiff's employment with Donnelley to the extent not already produced in response to Request 1, 2 and 3.

**RESPONSE:** Defendant refers Plaintiff to documents previously produced with its Initial

Disclosures.

**REQUEST NO. 5:** All documents (including but not limited to photocopies, visual or audio recordings, or electronically stored or transmitted documents) or other tangible items that are Donnelley's property or on premises that have to do with the Plaintiff or Plaintiff's employment.

**RESPONSE:** Defendant objects to this request as overly broad and unduly burdensome and as

seeking documents not relevant and not reasonably calculated to lead to the discovery of

admissible evidence. Subject to and without waiving its objections, Defendant refers

Plaintiff to its Initial Disclosure documents, previously produced, which include non-

privileged documents relevant to Plaintiff's Amended Complaint.

- 2 -

CHICAGO/#1777343.2

**REQUEST NO. 6:** All written statements obtained by you or your agents or in the possession of you or your agents regarding the allegations in the Amended Complaint or any other facts relating to the subject matter of this case or having to do with the Plaintiff.

**RESPONSE:** Defendant objects to this request to the extent it seeks documents protected by the

attorney-client privilege or work-product doctrine and as vague and ambiguous with respect

to the term "statements." Subject to and without waiving its objections, and as Defendant

understands this request, Defendant states that it has no non-privileged written statements.

**REQUEST NO. 7:** All tapes, audio, video, or other recorded materials that relate to or support your defense against Plaintiff Jeanie M. Pelnarsh.

**RESPONSE:** Defendant states that it has no responsive documents.

**REQUEST NO. 8:** All documents submitted to any courts or government agency, including but not limited to the EEOC or the Illinois Department of Human Rights relating to any of the allegations in the Amended Complaint or have anything to do with the Plaintiff in this case.

**RESPONSE:** Defendant refers Plaintiff to documents D0394-D0446, produced herewith, and to

the documents filed and served in this lawsuit, all of which have been previously served on

Plaintiff.

**REQUEST NO. 9:** All notes, diaries, records, logs, memoranda, notes, e-mails, personal files, or other writings kept, recorded or accumulated by you, whether in tangible form or otherwise, referring, relating or pertaining in any way to Plaintiff or to any claim or contention in the Amended Complaint.

**RESPONSE:** Defendant refers Plaintiff to the documents previously produced as part of its

Initial Disclosures.

**REQUEST NO. 10:** All copies of Plaintiff's P-Card statements and reconciliation reports kept by R.R. Donnelley from 2003 to and including 2006 that are on file.

**RESPONSE:** Defendant refers Plaintiff to documents D0225-D0326, previously produced.

**REQUEST NO. 11:** All documents relating to any judicial proceeding that R.R. Donnelley has been involved in as a party or witness, including but not limited to any depositions or statements given in any other proceedings involving R.R. Donnelley or a member R.R. Donnelley agents or any plea agreements.

CHICAGO/#1777343.2

**RESPONSE:** Defendant objects to this request as overly broad and unduly burdensome in time

and scope and as improperly invading the privacy rights of third parties not connected to this

litigation. Defendant further objects to this request as seeking information not relevant and

not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST NO. 12:** Any and all e-mails or documentation that were originated from Plaintiff []
to Joseph Calberg, Chad Rosenwinkel, and Marty Beck from December 2004 till January 2006.

**RESPONSE:** Defendant objects to this request as overly broad and unduly burdensome and as

seeking information not relevant and not reasonably calculated to lead to the discovery of

admissible evidence. Subject to and without waiving its objections, Defendant refers

Plaintiff to documents D0201, D0341, D0343, D0348 and D0352, previously produced and

to documents D0447-D0454, produced herewith.

**REQUEST NO. 13:** All receipts, credit card authorization forms, proofs of purchase or other
documents relating to purchases made by plaintiff with Donnelley's procurement card (P-card)
issued to the plaintiff during [her] employment.

**RESPONSE:** Defendant refers Plaintiff to its response to Request No. 10.

**REQUEST NO. 14:**

With respect to any individual who you expect to call as an expert witness at trial:

(a)    all documents containing any conclusions drawn or opinions reached by the
expert in connection with this matter;

(b)    all documents indicating or reflecting the basis for any conclusions drawn or
opinions reached by the expert in connection with this matter;

(c)    all documents tending to support or qualify, contradict or refute any conclusions
drawn or opinions reached by the expert in connection with this matter;

(d)    all documents reviewed by the expert in the course of his or her work on this
matter;

(e)    all charges, graphs, summaries and other demonstrative evidence prepared in
connection with the expert's anticipated testimony.

(f)    all correspondence between you or your agents and the experts.

- 4 -

**RESPONSE:** Defendant objects to this request as premature.  Defendant will supplement its

response in accordance with the Court's scheduling orders.

R.R. DONNELLEY & SONS COMPANY

Richard H. Schnadig
Sara J. Kagay
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
rschnadig@vedderprice.com
skagay@vedderprice.com
ttommaso@vedderprice.com
Attorneys for Defendant

Dated:  August 4, 2008

- 5 -

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Responses and Objections to Plaintiff's First Set of Document Requests was served on:

Jeanie M. Pelnarsh
21926 North 900 East Road
Pontiac, IL  61764

by depositing the same in the U.S. Mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois  60601-1003 on August 4, 2008.

_An Attorney for Defendant_

CHICAGO/#1812930.1

# CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing
Request for Subpoena was served on: August 11, 2008

Attorney for Defendants

Sara J. Kagay

Vedder Price O.C.
222 North LaSalle Street, Suite 2600
Chicago, Il 60601
Phone: 312-609-7500
Fax: 312-609-5005
skagay@vedderprice.com

United States District Court
Central District of Illinois
Circuit Clerks Office
100 NE Monroe Street
Peoria, Il 61602

By depositing the same in the U.S. mail, first-class postage prepaid, at
21926 North 900 East Rd
Pontiac, Il 61764  On August 4, 2008

Respectfully Submitted,

Jeanie Pelnarsh
21926 North 900 East Rd
Pontiac, Il 61764

Jeanie Pelnarsh
Plaintiff/Pro Se