E-FILED
Friday, 15 August, 2008 10:14:56 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jeanie Pelnarsh, )
   Plaintiff )
)
v. ) Case No. 07-1302
)
R. R. Donnelley )
   Defendant )

**ORDER**

Now before the Court is the *pro se* Plaintiff's motion for subpoena (#43). She asks for issuance of a subpoena to the LaSalle County State's Attorney, seeking copies of documents in her criminal case file that were obtained from defendant R. R. Donnelley. Ruling on her motion is DEFERRED, as follows.

Plaintiff filed a very similar motion (#40) that was denied as premature, because Plaintiff had not shown any attempt to obtain these documents directly from R.R. Donnelley. She now attaches a copy of her written request to Defendant for documents, asserting that Defendant has objected to her obtaining these documents on the grounds of undue burden or attorney-client privilege.

I have reviewed the request for documents. Plaintiff did not specifically request documents that Defendant provided to the State's Attorney; her requests are phrased in broader terms. It cannot therefore be determined whether any of the requested documents have been provided to Plaintiff or whether any of Defendant's objections relate to some or all of those documents.

In order to expedite discovery in this case, it is hereby ordered that Defendant supplement its response to the Plaintiff's discovery request, as follows:

1. Except as stated in 2 and 3 below, any documents provided by Defendant to the State's Attorney in connection with the criminal case against Plaintiff shall be produced or, if already produced, those specific documents shall be identified by Bates numbers.

2. To the extent that Defendant has claimed attorney-client privilege as to any of those documents, a copy of the privilege log provided to the Plaintiff shall be filed with this Court, and the documents for which privilege is claimed shall be filed under seal pursuant to the Administrative Procedures of this Court. If no privilege was claimed as to the specific documents at issue, Defendant shall so state in writing and shall file its statement in this case with a copy to Plaintiff.

3. To the extent that Defendant has claimed undue burden as to any of those documents, Defendant shall respond to Plaintiff's motion for subpoena, explaining why this constitutes a burden. If no burden was claimed as to the specific documents at issue, Defendant shall so state in writing and shall file its statement in this case with a copy to Plaintiff.

Defendant is to comply with the above provisions of this Order within 14 days. Ruling on Plaintiff's motion is DEFERRED.

ENTERED ON August 15, 2008.

s/ John A. Gorman

JOHN A. GORMAN
UNITED STATES MAGISTRATE JUDGE