IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JEANIE M. PELNARSH, | |
| Plaintiff, | |
| v. | No. 07-1302 |
| R.R. DONNELLEY, | Judge Joe Billy McDade |
| Defendant. | |

## NOTICE OF COMPLIANCE WITH COURT ORDER

Defendant R.R. Donnelley & Sons Company ("Donnelley"), by its attorneys, hereby gives notice that it has complied with the Court's August 15, 2008 Order by producing to Plaintiff and/or identifying previously produced documents that it provided to the Assistant State's Attorney in connection with Plaintiff's criminal case. Defendant further represents that it has not claimed attorney-client privilege as to any of the documents provided to the Assistant State's Attorney.

Respectfully submitted,

R.R. DONNELLEY & SONS COMPANY

s/ Sara J. Kagay
Richard H. Schnadig
Sara J. Kagay
Timothy J. Tommaso
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, Illinois 60601
(312) 609-7500
rschnadig@vedderprice.com
skagay@vedderprice.com
ttommaso@vedderprice.com
Attorneys for Defendant

Dated: August 29, 2008

CHICAGO/#1841429.1

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing Notice of Compliance with Court Order was served on:

Jeanie M. Pelnarsh
21926 North 900 East Road
Pontiac, IL 61764

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Chicago, Illinois 60601-1003 on August 29, 2008.

                                                  s/ SARA J. KAGAY
                                                  An Attorney for R.R. Donnelley & Sons Company